ACCEPTED
01-15-00040-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/18/2015 2:23:03 PM
CHRISTOPHER PRINE
CLERK

In The Court of Appeals
for the
First District of Texas

——————————————

NO. 01-15-00040-CV

——————————————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/18/2015 2:23:03 PM

CHRISTOPHER A. PRINE
Clerk

Raymond Shaw, Appellant

v.

Joseph Charles Lynch, Appellee

————————————————————————

On Appeal from the 284th Judicial District Court
Montgomery County, Texas
Trial Court Cause No. 12-12-13384-CV

————————————————————————

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Pursuant to Rules 38.6(d) and 10.5(b) of the Texas Rules of Appellate Procedure, Appellant Raymond Shaw moves for a sixty (60) day extension of the deadline to file Appellant's Brief and in support of this motion states as follows:

1.    The first deadline for filing Appellant's Brief is February 20, 2015.

2.    Counsel for Appellant's two lawyer firm has had and continues to have a busy trial schedule during the first three months of 2015,

including a week long trial in late January 2015. Additionally, Appellant's counsel did not realize until February 18, 2015 that a copy of the Clerk's record could not be accessed instantaneously online and thus is in the process of obtaining the Clerk's record in order to comply with Rule 38's requirement of supporting the Statement of the Case and Statement of Facts with record references.

3.     Appellant is seeking a modest sixty (60) day extension of the deadline to April 21, 2015.

4.     Appellant has not previously sought any extensions of the deadline to file Appellant's Brief.

Respectfully submitted,

**THE GHEZZI LAW FIRM, PLLC**

By: _____
**John W. Ghezzi**
Texas Bar No. 00792531
32731 Egypt Lane, Suite 704
Magnolia, TX  77354
Telephone: (281) 259-4993
Facsimile:  (832) 645-7612
Email:      John@GhezziLawFirm.com

ATTORNEYS FOR APPELLANT
RAYMOND SHAW

2

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below about the merits of this motion with the following results:

Heather M. Lytle, *Attorney for Appellee*
 __ opposes motion
 **X** **does not oppose motion**
 __ agrees with motion
 __ would not say whether motion is opposed
 __ did not return my message regarding the motion

_____
**John W. Ghezzi**


## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on February 18, 2015 as follows:

Heather M. Lytle
Attorney at Law
202 Travis Street, Suite 300
Houston, TX  77002
*Attorney for Appellee*
 By: (check all that apply)
 ___ mail *(First Class, Priority, Certified Mail)*
 X fax
 X e-Service *(through e-filing)*
 ___ personal delivery / commercial delivery service

_____
**John W. Ghezzi**